UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8: 24 cr 151 CEH - UAM

21 U.S.C. § 841(a)(1)

FREDERICK STORY

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 7, 2023, in the Middle District of Florida, the

defendant,

FREDERICK STORY,

did knowingly and intentionally distribute a controlled substance, which violation

involved a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, and is therefore punished under 21 U.S.C.

§ 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about November 20, 2023, in the Middle District of Florida, the

defendant,

FREDERICK STORY,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about December 19, 2023, in the Middle District of Florida, the defendant,

### FREDERICK STORY,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.     The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.     Upon conviction of 21 U.S.C. §§ 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

      3.    If any of the property described above, as a result of any acts or omissions of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property, which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha J. Newman
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and
Narcotics Section

3

FORM OBD-34
April 24

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

FREDERICK STORY

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

Foreperson

Filed in open court this 4th day

of April, 2024.

_C. Klames_
                    Clerk

Bail $_____

GPO 863 525